1  STAN S. MALLISON (Bar No. 184191)
   HECTOR R. MARTINEZ (Bar No. 206336)
2  MARCO A. PALAU (Bar. No. 242340)
   JOSEPH D. SUTTON (Bar No. 269951)
3  ERIC S. TRABUCCO (Bar No. 295473)
   MALLISON & MARTINEZ
4  1939 Harrison Street, Suite 730
   Oakland, California 94612-3547
5  Telephone: (510) 832-9999
   Facsimile: (510) 832-1101

6  MARIO MARTÍNEZ, (Bar No. 200721)
   MARTÍNEZ AGUILASOCHO & LYNCH, APLC
7  P.O. Box 11208
   Bakersfield, California. 93389-1208
8  Telephone: (661) 859-1174
   Facsimile: (661) 840-6154
9  Attorneys for Plaintiff

10 Justin T. Campagne
   Campagne & Campagne
11 A Professional Corporation
   Airport Office Center
12 1685 North Helm Avenue
   Fresno, California 93727
13 Telephone:  (559) 255-1637
   Facsimile: (559) 252-9617
14 Attorneys for Defendants Jon Marthedal and Eric Marthedal

15 Anthony Raimondo
   Donald O. Spaulding
16 Raimondo & Associates
   7080 N. Marks Avenue, Suite 117
17 Fresno, CA  93711
   Telephone:  (559) 432-3000
18 Facsimile:  (559) 432-2242
   Attorneys for Defendant Cal West Ag Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CARMELA MORA,<br>   Plaintiff,<br><br>  vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 1:15-cv-01490---EPG<br>*Complaint Filed:  September 30, 2015*<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE**<br><br>Hearing Date:  March 7, 2016<br>Hearing Time:  10:00 a.m.<br>Department:  #10 (6th Floor) |

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ORDER ON JOINT STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE

Pursuant to the parties' Joint Stipulation (ECF No. 17), and good cause appearing therein, the Court orders as follows:

1. The Initial Scheduling Conference currently set for March 7, 2016 is continued to **April 19, 2016** at **10:00 a.m.** in Courtroom 10;

2. The parties' Joint Scheduling Report shall be filed no later than ten (10) days before such date.

IT IS SO ORDERED.

Dated:   **March 4, 2016**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

ORDER ON JOINT STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE