STAN S. MALLISON (Bar No. 184191)
HECTOR R. MARTINEZ (Bar No. 206336)
MARCO A. PALAU (Bar. No. 242340)
JOSEPH D. SUTTON (Bar No. 269951)
ERIC S. TRABUCCO (Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTÍNEZ, (Bar No. 200721)
MARTÍNEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California. 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154
Attorneys for Plaintiff

Justin T. Campagne
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California  93727
Telephone:  (559) 255-1637
Facsimile: (559) 252-9617
Attorneys for Defendants Jon Marthedal and Eric Marthedal

Anthony Raimondo (Bar No. 200387)
Gerardo Hernandez (Bar No. 292809_
Raimondo & Associates
7080 N. Marks Avenue, Suite 117
Fresno, CA  93711
Telephone:  (559) 432-3000
Facsimile:  (559) 432-2242
Attorneys for Defendant Cal West Ag Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL; and Does 1 through 20, inclusive,<br><br>             Defendants. | Case No.  1:15-CV-01490-LJO-EPG<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

1    THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD,
2  STIPULATE TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT AS AN
3  ORDER:
4    Whereas the parties have been diligent in conducting discovery in this matter.
5    Whereas the parties continue to meet and confer regarding Defendants discovery
6  responses in an attempt to limit unnecessary motion practice.
7    Whereas Counsel for Defendant Cal West Ag Services has emphasized his client's
8  financial limitations and the parties continue to meet and confer regarding documentary proof of
9  Cal West's financial hardship.
10    Based on the foregoing, the Parties jointly request that the case schedule be
11  modified as follows:

|  | Current | Proposed |
|---|---|---|
| Nonexpert Discovery Cutoff: | February 17, 2017 | June 16, 2017 |
| Expert Disclosure: | April 21, 2017 | August 21, 2017 |
| Rebuttal Expert Disclosure: | May 19, 2017 | September 19, 2017 |
| Expert Class Discovery Cutoff: | June 16, 2017 | October 16, 2017 |
| Filing Motion for Class Certification | July 14, 2017 | November 14, 2017 |
| Opposition to Motion for Class Certification | August 18, 2017 | December 18, 2017 |
| Reply to Motion for Class Certification | September 15, 2017 | January 15, 2018 |
| Hearing on Motion for Class Certification | October 20, 2017 | February 23, 2018 |

22    The parties also agree that they will determine whether private mediation or a court
23  sponsored settlement conference is more appropriate and select a mediation or settlement
24  conference date prior to November 1, 2017.

SO STIPULATED.

Dated:  March 10, 2017                              **MALLISON & MARTINEZ**

                                                    By:  /s/ Joseph D. Sutton
                                                         Stan S. Mallison
                                                         Hector R. Martinez
                                                         Marco A. Palau
                                                         Joseph D. Sutton
                                                         Eric S. Trabucco
                                                        Attorneys for Plaintiffs

Dated:  March 10, 2017                              **Campagne & Campagne**
                                                    A Professional Corporation


                                                    By /s/ Justin T. Campagne
                                                         Justin T. Campagne
                                                    Attorneys for Defendants, Jon Marthedal and Eric Marthedal


Dated:  March 10, 2017                              **Raimondo & Associates**


                                                    By /s/ Anthony Raimondo
                                                         Anthony Raimondo

                                                    Attorneys for Defendant Golden West Labor

# **ORDER**

Good cause appearing, the Court hereby Grants the Parties' Stipulation to Modify the Scheduling Order. The Scheduling Order is modified as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff: | June 16, 2017 |
| Expert Disclosure: | August 21, 2017 |
| Rebuttal Expert Disclosure: | September 19, 2017 |
| Expert Class Discovery Cutoff: | October 16, 2017 |
| Deadline to Schedule Mediation/Settlement Conference | November 1, 2017 |
| Filing Motion for Class Certification | November 14, 2017 |
| Opposition to Motion for Class Certification | December 18, 2017 |
| Reply to Motion for Class Certification | January 15, 2018 |
| Hearing on Motion for Class Certification | February 23, 2018 |

The Court does not anticipate granting any further extensions to this schedule.

IT IS SO ORDERED.

Dated:   **March 15, 2017**                        /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE