STAN S. MALLISON (Bar No. 184191)
HECTOR R. MARTINEZ (Bar No. 206336)
MARCO A. PALAU (Bar. No. 242340)
JOSEPH D. SUTTON (Bar No. 269951)
ERIC S. TRABUCCO (Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTÍNEZ, (Bar No. 200721)
MARTÍNEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California. 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154
Attorneys for Plaintiff

Justin T. Campagne
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
Attorneys for Defendants Jon Marthedal and Eric Marthedal

Anthony Raimondo (Bar No. 200387)
Gerardo Hernandez (Bar No. 292809_
Raimondo & Associates
7080 N. Marks Avenue, Suite 117
Fresno, CA 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242
Attorneys for Defendant Cal West Ag Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA--FRESNO DIVISION**

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01490-LJO-EPG<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

1

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, STIPULATE TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT AS AN ORDER:

Whereas the parties have conducted significant discovery in this matter.

Whereas the parties continue to meet and confer regarding Defendants' discovery responses in an attempt to limit unnecessary motion practice.

Whereas counsel for Defendant Cal West Ag Services and Plaintiff are in the preliminary stages of discussing settlement.

Based on the foregoing, the Parties jointly request that the case schedule be modified as follows:

|  | Current | Proposed |
|---|---|---|
| Nonexpert Discovery Cutoff: | June 16, 2017 | August 21, 2017 |

The parties also agree that they will determine whether private mediation or a court sponsored settlement conference is more appropriate and select a mediation or settlement conference date prior to November 1, 2017.

SO STIPULATED.

Dated: June 22, 2017　　　　　　　　　　**MALLISON & MARTINEZ**

By: /s/ *Joseph D. Sutton*
　　　Stan S. Mallison
　　　Hector R. Martinez
　　　Marco A. Palau
　　　Joseph D. Sutton
　　　Eric S. Trabucco
　　Attorneys for Plaintiffs

Dated: June 22, 2017　　　　　　　　　　**Campagne & Campagne**
A Professional Corporation

By /s/ *Justin T. Campagne*
　　　Justin T. Campagne
Attorneys for Defendants, Jon Marthedal and Eric Marthedal

Dated: June 22, 2017　　　　　　　　　　**Raimondo & Associates**

By /s/ *Anthony Raimondo*
　　　Anthony Raimondo

Attorneys for Defendant Golden West Labor

---
3
STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER
*CASE NO. 1:15-cv-01490-LJO-EPG*

# **ORDER**

Good cause appearing, the Court hereby Grants the Parties' Stipulation to Modify the Scheduling Order. The Scheduling Order is modified in the following ways:

Nonexpert Discovery Cutoff: August 21, 2017

IT IS SO ORDERED.

Dated: **June 27, 2017**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE