STAN S. MALLISON (Bar No. 184191)
HECTOR R. MARTINEZ (Bar No. 206336)
MARCO A. PALAU (Bar. No. 242340)
JOSEPH D. SUTTON (Bar No. 269951)
ERIC S. TRABUCCO (Bar No. 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Justin T. Campagne
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
Attorneys for Defendants Jon Marthedal and Eric Marthedal

Anthony Raimondo (Bar No. 200387)
Gerardo Hernandez (Bar No. 292809_
Raimondo & Associates
7080 N. Marks Avenue, Suite 117
Fresno, CA 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242
Attorneys for Defendant Cal West Ag Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA--FRESNO DIVISION**

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01490-LJO-EPG<br><br>**Stipulation to Continue Class Certification Schedule; Order** |

1

1   Plaintiff Carmela Mora ("Plaintiff") and Defendants Cal West Ag Services, Inc., Jon Marthedal, and Eric Marthedal ("Defendants") through their respective counsel of record, submit this Stipulation and Proposed Order to continue the class certification briefing schedule.

Whereas the parties have agreed to participate in mediation with Steven Vartabedian, retired Associate Justice of California Court of Appeal for the Fifth District, on January 18, 2018, which is one of the earliest available dates Justice Vartebedina has available. Whereas the parties believe that the resources of the parties and this court would be best served by continuing the existing class certification schedule in order to allow the parties to conclude their mediation efforts prior to engaging in class certification briefing.

Therefore, the parties hereby agree to alter the current class certification schedule as follows:

- Plaintiff's Motion for Class Certification shall be due by February 13, 2018;
- Defendants' Opposition to Class Certification shall be due by March 6, 2018;
- Plaintiff's Reply brief will be due by March 27, 2018; and
- The court shall hear Plaintiff's motion on April 27, 2018 or as soon thereafter as is convenient for the court.

Accordingly, the foregoing is hereby stipulated and agreed to by and among the undersigned on behalf of their respective counsel.

Dated: October 24, 2017  **MALLISON & MARTINEZ**

By: */s/ Joseph D. Sutton*

    Stan S. Mallison
    Hector R. Martinez
    Marco A. Palau
    Joseph D. Sutton
    Attorneys for Plaintiffs

Dated: October 24, 2017  **Campagne & Campagne**
A Professional Corporation

By /s/ *Justin T. Campagne*
    Justin T. Campagne
Attorneys for Defendants, Jon Marthedal and Eric Marthedal

Dated: October 24, 2017  **Raimondo & Associates**

By /s/ *Gerardo Hernandez*
    Gerardo Hernandez

Attorneys for Defendant Cal West Ag Labor

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

- Plaintiffs must file their Motion for Class Certification no later than February 13, 2018;
- Defendants must file any Opposition to Class Certification no later than March 6, 2018;
- Plaintiffs must file their Reply brief no later than March 27, 2018; and
- Plaintiffs' Class Certification hearing will be heard on May 4, 2018, at 10:00 am before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: __**October 25, 2017**__            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE