STAN S. MALLISON (Bar No. 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
hectorm@themmlawfirm.com
MARCO A. PALAU (Bar. No. 242340)
mpalau@themmlawfirm.com
JOSEPH D. SUTTON (Bar No. 269951)
jsutton@themmlawfirm.com
ERIC S. TRABUCCO (Bar No. 295473)
etrabucco@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 295473)
mmartinez@farmworkerlaw.com
EDGAR AGUILASOCHO (Bar No. 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 15-CV-01490-LJO-EPG<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE PACKAGE, APPROVAL OF PLAINTIFFS' PAYMENTS, APPOINTMENT OF CLASS COUNSEL AND SETTLEMENT ADMINISTRATOR, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date:      May 4, 2018<br>Time:     10:00 a.m.<br>Location:  2500 Tulare Street<br>                Courtroom 10, Sixth Floor<br>                Fresno, CA  93721 |

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California  94612
510.832.9999

1

Notice of Motion For Preliminary Approval                                                     Case No. 15-CV-01490-LJO-EPG

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT PLAINTIFF CARMELA MORA ("Plaintiff") and DEFENDANTS JON & ERIC MARTHEDAL (collectively "Defendants"), jointly intend to move and hereby move for preliminary approval of Class Settlement; Conditional Certification of Settlement Class; approval of the Class Notice Package; appointment of the Class Representative, appointment of Class Counsel, Appointment of Settlement Administrator; and setting of the Final Approval Hearing. The hearing on this Preliminary Approval motion will be held on May 4, 2018, at 10:00 a.m., at the Federal District Court at 2500 Tulare Street, Fresno, California in Courtroom 10, before the Honorable Erica P. Grosjean.

By this motion, Plaintiff and Defendants move the Court for an Order:

1. Granting preliminary approval of the Class Settlement;

2. On a preliminary basis, certifying the Class for settlement purposes only on grounds that: (a) the proposed Class is ascertainable and so numerous that joinder of all members of the class is impracticable; (b) there are questions of law or fact common to the proposed Class, and there is a well-defined community of interest among members of the proposed Class with respect to the subject matter of the Litigation; (c) the claims of the Class Representative are typical of the claims of the members of the proposed Class; (d) the Class Representative has and will fairly and adequately protect the interests of the Members of the Class; and (e) a class action is superior to other available methods for an efficient adjudication of this controversy;

3. Approving the Class Notice Package and related materials;

4. Appointing Mallison & Martinez and Martinez, Aguilasocho & Lynch as Class Counsel;

5. Approving Plaintiff as the Class Representative for this action;

6. Appointing Simpluris as Settlement Administrator; and

7. Setting the Final Approval Hearing schedule.

The parties bring this motion on grounds that, after arms-length negotiations, the parties have reached a fair, reasonable and adequate settlement that is within the range of final approval. This motion is based on this notice and motion, the supporting memorandum of points and

**MALLISON & MARTINEZ**
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

2

Notice of Motion For Preliminary Approval                                    Case No. 15-CV-01490-LJO-EPG

authorities, the class counsel declaration, the record on file herein, the evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

The motion will be based upon this notice, the accompanying memorandum in support of the motion, Declaration of Stan S. Mallison, and proposed order granting the motion; the record of this action; all matters of which the Court may take notice; and such oral and documentary evidence presented at the hearing.

Dated: April 5, 2018.

STAN S. MALLISON
HECTOR R. MARTINEZ
MARCO A. PALAU
JOSEPH D. SUTTON
ERIC S. TRABUCCO
MALLISON & MARTINEZ

By: */s/ Joseph D. Sutton*
Joseph D. Sutton
Attorneys for Plaintiff
Carmela Mora

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

3

Notice of Motion For Preliminary Approval                    Case No. 15-CV-01490-LJO-EPG