# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL WEST AG SERVICES, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-1490 LJO EPG<br><br>**ORDER RE: Schedule for Final Approval of Settlement**<br><br>(ECF No. 85) |

Pursuant to the stipulation of the parties (ECF No. 85) and good cause appearing, IT IS HEREBY ORDERED:

1. That the claims process be completed by November 23, 2018;
2. That the Final approval papers be filed by November 30, 2018; and
3. That the Final Approval Hearing, currently set for October 19, 2018, is VACATED and RESET for **January 11, 2019, at 1:30 p.m**., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **September 24, 2018**         /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE