STAN S. MALLISON (Bar No. 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
hectorm@themmlawfirm.com
LILIANA GARCIA (SBN 311396)
lgarcia@themmlawfirm.com
STACI L. SCHOFF (SBN 320692)
staci@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 295473)
mmartinez@farmworkerlaw.com
EDGAR AGUILASOCHO (Bar No. 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO & LYNCH, APLC
P.O. Box 11208
Bakersfield, California 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| CARMELA MORA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL WEST AG SERVICES, INC., JON MARTHEDAL, ERIC MARTHEDAL; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01490-LJO-EPG<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; CLAIMS ADMINISTRATOR'S FEES; AND ENTERING FINAL JUDGMENT**<br><br>Date:       January 11, 2019<br>Time:      1:30 p.m.<br>Location:  2500 Tulare Street<br>               Courtroom 10, Sixth Floor<br>               Fresno, CA 93721<br><br>Before Magistrate Judge Erica P. Grosjean |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT PLAINTIFF CARMELA MORA ("Plaintiff") and DEFENDANTS JON & ERIC MARTHEDAL (collectively "Defendants"), jointly intend to move and hereby move the Court for an Order granting final approval of the Class Settlement. The hearing on this Final Approval motion will be held on January 11, 2019, at 1:30 p.m., at the Federal District Court at 2500 Tulare Street, Fresno, California in Courtroom 10, before the Honorable Erica P. Grosjean.

By this motion, Plaintiff and Defendants move the Court for an Order:

1. Finding that this class notice procedure afforded adequate protections to Class Members and provided the basis for the Court to make an informed decision regarding approval of the Settlement based on the responses of Class Members;

2. Finding that the class notice provided in this case was the best notice practicable and satisfied the requirements of law and due process;

3. Finding that the proposed Class, as defined in the definitions section of the Settlement and conditionally certified by the Preliminary Approval Order, meets all of the legal requirements for class certification, and is finally approved and certified as a class for purposes of the Settlement;

4. Finding that the terms of the Settlement are fair, reasonable and adequate to the Class and to each Class Member, and that the Class Members who did not timely submit valid elections not to participate in the Settlement in accordance with the Settlement Agreement and the Preliminary Approval Order will be bound by the Settlement, that all terms and provisions of the Settlement are finally approved;

5. Finding that Plaintiffs counsel's costs of $9,612.49 and fees of $61,661 are fair and reasonable and should be approved;

6. Finding that the Settlement Administrator's (Simpluris) costs and fees ($10,000.00) are fair and reasonable and should be paid following completion of their administration duties in this matter; and

7. Entering final judgment in accordance with the terms of the Settlement Agreement

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California 94612
510.832.9999

and the Order Granting Preliminary Approval of Class Action Settlement filed on August 22, 2018.

The parties' motion is based on this Notice and Motion, the Memorandum of Points and Authorities in support thereof, the attorney declarations filed herewith, the declaration from the Claims Administrator, the Proposed Order, the pleadings and papers filed in this action, and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing on this Motion.

Dated:  November 30, 2018.

STAN S. MALLISON
HECTOR R. MARTINEZ
STACI SCHOFF
MALLISON & MARTINEZ

By: _/s/ Stan S. Mallison_
Stan S. Mallison
Attorneys for Plaintiff
Carmela Mora

**MALLISON & MARTINEZ**
Attorneys at Law
1939 Harrison St., Ste. 730
Oakland, California  94612
510.832.9999

3

Notice of Motion For Final Approval                                    Case No.1:15-CV-01490-LJO-EPG