# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CARMELA MORA,**

CASE NO: **1:15–CV–01490–LJO–EPG**

v.

**CAL WEST AG SERVICES, INC., ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/9/19**

**Marianne Matherly**
Clerk of Court

ENTERED:  **August 9, 2019**

by: /s/  R. Gonzalez_____
Deputy Clerk